

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899
**www.wsgr.com**

August 8, 2018

<u>**VIA CM/ECF**</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

   **Re:**  *Monowise Limited Corp. v. Ozy Media, Inc., et al.*, No. 1:17-cv-08028-JMF

Dear Judge Furman:

  We are counsel for the Defendants in this action.  We write with Plaintiff's consent to request an adjournment of the Pretrial Conference currently scheduled for August 16, 2018 at 4:00 PM EST.  On August 1, 2018, the Court issued an order stating, *inter alia*, "the depositions of the Osbournes shall proceed in New York on August 16 and 17, 2018. . . ."  Dkt. 91.  Given this conflict, the parties respectfully request the Court adjourn the Pretrial Conference to the next date convenient to the Court in which the parties are available.  We have conferred with Plaintiff's counsel, and counsel for both parties are available on September 12, 13, and 14.

  Only one prior request has been made to adjourn the Pretrial Conference.  *See* Dkt. 80. Per that request, the Court adjourned the conference from August 2, 2018, to August 16, 2018. Dkt. 81.  Prior to that request, the Court had adjourned the conference once *sua sponte*.  The Pretrial Conference is the next scheduled appearance before Your Honor.

       Respectfully submitted,

       WILSON SONSINI GOODRICH & ROSATI
       Professional Corporation

       <u>*s/ Tonia Ouellette Klausner*</u>
       Tonia Ouellette Klausner

cc:  All Counsel of Record (via CM/ECF)

AUSTIN BEIJING BOSTON BRUSSELS HONG KONG LOS ANGELES NEW YORK PALO ALTO SAN DIEGO
SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, DC WILMINGTON, DE