```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                          :
MONOWISE LIMITED CORPORATION,                             :
                                                          :
                                  Plaintiff,              :          17-CV-8028 (JMF)
                                                          :
                        -v-                               :          ORDER OF DISMISSAL
                                                          :
OZY MEDIA, INC., et al.,                                  :
                                                          :
                                  Defendants.             :
                                                          :
------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

        The Court having been advised (Docket No. 99) that all claims asserted herein have been
settled, it is ORDERED that the above-entitled action be and is hereby dismissed and
discontinued without costs, and without prejudice to the right to reopen the action within thirty
days of the date of this Order if the settlement is not consummated.

        To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any
application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties
wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement,
they **must** submit the settlement agreement to the Court within the same thirty-day period to be
"so ordered" by the Court.  Per Paragraph 4(B) of the Court's Individual Rules and Practices for
Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a
settlement agreement unless it is made part of the public record.

        The Court assumes that the parties' settlement encompasses the parties' disputes
regarding the costs and fees associated with Defendants' preparation and filing of their letter of
July 31, 2018 and that that dispute is now moot.  (*See* Docket Nos. 91, 93, 96).  If that is not the
case, and Defendants believe that the Court should still award costs and fees, the parties should
advise the Court **by tomorrow**.

        Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is
directed to close the case.

        SO ORDERED.

Dated: August 16, 2018
        New York, New York
                                                          _____
                                                          JESSE M. FURMAN
                                                          United States District Judge