UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONOWISE LIMITED CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> OZY MEDIA, INC. and CARLOS WATSON, <br><br> Defendants. | ECF Case <br><br> CASE NO.: 1:17-cv-08028-JMF |

### Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby Stipulate to Dismiss this Action in its entirety with Prejudice and with all Parties to bear their own attorney's fees and costs.


By: /s/ Tonia Ouellette Klausner
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
*Attorneys for Defendants Ozy Media Inc. and Carlos Watson*

By: /s/ Howard J. Shire
Howard Jeffrey Shire
Pepper Hamilton LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 808-2700
Facsimile: (212) 286-9806
*Attorneys for Plaintiff Monowise Ltd.*

SO ORDERED.

Jesse M. Furman
United States District Judge

#50519620 v1

October 17, 2018